UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BRIAN IRISH,**<br><br>Plaintiff,<br><br>v.<br><br>**SER SECURITY SERVICES, INCORPORATION**, and **PSERDA DICKERSON**, individually,<br><br>Defendants. | CASE NO.: 1:16-CV-03891-LMM |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION
## FOR APPROVAL OF SETTLEMENT

For good cause shown, IT IS HEREBY ORDERED that the Plaintiff's Unopposed Motion for Approval of Settlement, is hereby **GRANTED. This case is dismissed with Prejudice.**

IT IS SO ORDERED, this 21st day of March, 2017.

_____
LEIGH MARTIN MAY
U.S. DISTRICT JUDGE